**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Arthur Allen HALEY, Defendant–**
**Appellant.**

**No. 03–6708.**

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 27, 2003.

Decided Sept. 10, 2003.

Arthur Allen Haley, Appellant Pro Se. Miller Williams Shealy, Jr., Office of the United States Attorney, Charleston, South Carolina, for Appellee.

Before MOTZ and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Arthur Allen Haley seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have independently reviewed the rec-

ord and conclude that Haley has not made a substantial showing of the denial of a constitutional right. *See Miller–El v. Cockrell,* 537 U.S. 322, 123 S.Ct. 1029, 1039, 154 L.Ed.2d 931 (2003). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*